IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Steven Jay Stanwyck - #48728

CV 10 80 0 64 MISC VRW

### ORDER TO SHOW CAUSE

It appearing that Steven Jay Stanwyck has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective February 13, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Steven Jay Stanwyck
The Stanwyck Firm
225 Montana Ave #103
Santa Monica, CA 90403