**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

STEVEN JAY STANWYCK,

State Bar No 48728

No CV 10 80064 MISC VRW

ORDER

/

On March 16, 2010, the court issued an order to show cause (OSC) why Steven Jay Stanwyck should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar pursuant to section 6007 of the Business and Professions Code, effective February 13, 2010.

The OSC was mailed to Mr Lucas' address of record with the State Bar on March 16, 2010. On April 30, 2010, Mr Stanwyck filed a lengthy document purporting to be a response to the OSC. This document fails to state any valid reason why Mr Stanwyck should remain on the roll of attorneys allowed to practice before this court.

Because eligibility for membership in the bar of this court is confined to "active member[s] in good standing of the State Bar of California," Civil L R 11-1(b), Mr Stanwyck is not eligible to practice in this court while not in good standing of the State Bar.

Steven Jay Stanwyck will not be authorized to practice before this court until such time as he petitions for reinstatement following his return to good standing of the State Bar of California.

IT IS SO ORDERED.

---
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Steven Jay Stanwyck,

_____/

Case Number: C 10-80064   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Jay Stanwyck
225 Montana Ave #103
Santa Monica, CA 90403

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*